**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO THE | : | NO. 144 |
| | : | |
| PENNSYLVANIA INTEREST ON | : | DISCIPLINARY RULES DOCKET |
| | : | |
| LAWYERS TRUST ACCOUNT | : | |
| | : | |
| BOARD | : | |

**ORDER**

**PER CURIAM:**

AND NOW, this 8th day of September, 2016, Barry M. Simpson, Esquire, Dauphin County, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term expiring September 1, 2019.